**Jose A. RAGUINE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3234.

United States Court of Appeals, Federal Circuit.

June 28, 2004.

Jose A. Raguine, Zambales, Philippines, for Petitioner.

Thomas D. Dinackus, Todd M. Hughes, David M. Cohen, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The order of dismissal and the mandate dated June 15, 2004 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

**Samuel C. JONES, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3281.

United States Court of Appeals, Federal Circuit.

June 28, 2004.

Samuel C. Jones, Bainbridge, GA, pro se.

Hillary A. Stern, David M. Cohen, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.